AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

JOHN DOE,
*Plaintiff*
v.
CORPORATION OF THE CATHOLIC BISHOP OF YAKIMA, a Washington nonprofit corporation, DIOCESE OF YAKIMA, and CATHOLIC CHURCH OF THE RESURRECTION,
*Defendant*

Civil Action No. CV-11-3073-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment is entered in favor of Defendants with prejudice, pursuant to the Findings of Fact, Conclusions of Law, and Order entered on June 12, 2014, ECF No. 145.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☑ tried by Judge Edward F. Shea without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: June 12, 2014

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas