# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

JOHN DOE,

*Plaintiff*

v.

CORPORATION OF THE CATHOLIC BISHOP OF YAKIMA, a Washington nonprofit corporation, DIOCESE OF YAKIMA, and CATHOLIC CHURCH OF THE RESURRECTION,

*Defendant*

Civil Action No. CV-11-3073-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Judgment is entered in favor of Defendants in the amount of $20.00 for fees and $5,447.37 for costs against Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Edward F. Shea on a motion for Award of Costs and Attorney Fees.

Date: July 16, 2014

CLERK OF COURT

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*

Cora Vargas